UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 3:11cv655

Carestream Health, Inc.,

    Plaintiff,

V

Brett Allen,

    Defendant.

FILED
CHARLOTTE, NC

SEP 0 4 2013

US District Court
Western District of NC

## ORDER

This matter is before the Clerk for purposes of returning the cash bond on deposit with the Clerk. Plaintiff Caresream Health Inc., deposited $100.00 bond with the Clerk on December 29, 2011.

The case was closed on January 20, 2012, and an audit of the court's deposit fund reflected that the bond was not returned.

Therefore, the $100.00 cash bond deposited by Plaintiff is to be returned to Marylin E. Culp, plaintiff's counsel of record in this case.

So Ordered, this 4th day of September, 2013.

Signed: September 4, 2013

Title of Signing Officer
United States District Court